ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL XI

| ISLAND PORFOLIO SERVICES, LLC COMO AGENGE DE FAIRWAY ACQUISITIONS FUND, LLC<br><br>APELADOS<br><br>V.<br><br>JOSÉ DELGADO MARCANO<br><br>APELANTE | KLAN202300904 | *APELACIÓN* procedente del Tribunal de Primera Instancia Sala de Caguas<br><br>Caso Núm. JU2022CV00213<br><br>Sobre:<br><br>COBRO DE DINERO (REGLA 60) |

Panel integrado por su presidenta, la Juez Brignoni Mártir, el Juez Candelaria Rosa, la Jueza Alvarez Esnard y la Jueza Díaz Rivera.

Brignoni Mártir, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 27 de noviembre de 2023.

Examinado el *"Aviso de Desistimiento"* presentado por la parte apelante el 14 de noviembre de 2023, motivada por el acuerdo al cual llegó con la parte recurrida, se declara la misma Ha Lugar.

De conformidad con lo dispuesto en la Regla 83 (A) de nuestro Reglamento, se ordena el archivo de este caso por desistimiento.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
RES2023 _____